UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-31-1H

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| DAQUANJRA TASHA WHITE | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's motions and attachments (CM/ECF # 40 and 41) in the above captioned matter, be sealed until such time as the court orders otherwise.

SO ORDERED.

This  19th  day of  September  2017.

_____
KIMBERLY A. SWANK
United States Magistrate Judge