UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-31-1H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAQUANJRA TASHA WHITE | ORDER TO SEAL |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Motion and attachments (CM/ECF #s 44, 45, and 46) in the above captioned matter be sealed until such time as the court orders otherwise.

This 19th day of September 2017.

_____
KIMBERLY A. SWANK
United States Magistrate Judge