IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-31-1H

| UNITED STATES OF AMERICA | ORDER TO SEAL |
| --- | --- |
| v. | |
| DAQUANJRA TASHA WHITE | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum (CM/ECF #81) in the above captioned matter be sealed until such time as requested to be unsealed by the Defendant.

SO ORDERED.

This the 5th day of September, 2018.

_____
Honorable Malcolm J. Howard Senior
Senior United States District Judge