IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-CR-31-H

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **CONSENT ORDER FOR RESTITUTION** |
| DAQUANJRA TASHA WHITE | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 1593, 2259(b)(3), and 3664(h), and in accordance with the terms and conditions of Defendant's plea agreement, Defendant and the United States have agreed and stipulated that Defendant owes (1) $200 in restitution, which shall be due and payable in full and immediately, to victim M.W. and (2) $200 in restitution, which shall be due and payable in full and immediately, to victim R.B. Defendant and the United States agree that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that Defendant's agreements, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly, Defendant shall pay $200 in restitution to victim M.W. and $200 in restitution to victim R.B., in accordance with the parties' agreement as set forth above, and in

1

accordance with the Court's judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this __17th__ day of ___Jan___, 2018.

MALCOLM J. HOWARD
Senior United States District Judge

AGREED AND CONSENTED TO BY:

/s/Leza Lee Driscoll                    11/30/2018
LEZA LEE DRISCOLL                       Date
Counsel for Defendant


ROBERT J. HIGDON, JR.
United States Attorney

/s/ Erin C. Blondel                     11/30/2018
ERIN C. BLONDEL                         Date
Assistant United States Attorney
Counsel for the United States